# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:15CR136** |
| vs. | **FINAL ORDER OF FORFEITURE** |
| **PEDRO LUGO-GAMBOA,** | |
| Defendant. | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 44). The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

1. On March 3, 2016, the Court entered a Preliminary Order of Forfeiture (Filing No. 42) pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $4,624.00 in United States currency was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 5, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on May 5, 2016 (Filing No. 43).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be granted.

Accordingly

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture is granted.

B. All right, title and interest in and to the $4,624.00 in United States currency held by any person or entity are hereby forever barred and foreclosed.

C. The $4,624.00 in United States currency be, and the same hereby is, forfeited to the United States of America.

D. The United States is directed to dispose of said property in accordance with law.

DATED this 7th day of June, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge